# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| DARIEN SHEROD BRANTLEY, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:22-cv-29 |
| | * | |
| v. | * | |
| | * | |
| COFFEE COUNTY SHERIFF'S DEPARTMENT, | * | |
| | * | |
| | * | |
| Defendant. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 12. Plaintiff did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned as undeliverable, with the notations: "Return to Sender, No Such Number, Unable to Forward." Dkt. No. 13 at 1.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** Plaintiff's Complaint for failure to state a claim, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate

AO 72A
(Rev. 8/82)

judgment.  The Court also **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ___27___ day of ___October___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA